PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  2:10CR00133-01** |
| ) | |
| **George Bradford FRANKLIN** ) | |

On August 2, 2007, the above-named was placed on supervised release for a period of 3 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD
Senior United States Probation Officer**

Dated:     December 12, 2011
              Roseville, California
              DDW:cd

**REVIEWED BY:**    /s/ Kyriacos M. Simonidis
                   **KYRIACOS M. SIMONIDIS
                   Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re:     **George Bradford FRANKLIN**
        **Docket Number:   2:10CR00133-01**
        **ORDER TERMINATING SUPERVISED RELEASE**
        **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

Dated:  December 14, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge


Attachment:    Recommendation
cc:     United States Attorney's Office

**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number:  2:10CR00133-01 |
| ) | |
| George Bradford FRANKLIN ) | |

**LEGAL HISTORY:**

On August 2, 2007, the above-named was placed on supervised release for a period of 3 years, which commenced on October 30, 2009. Special conditions included a requirement for substance abuse treatment and testing; abstain from alcohol during treatment; and warrantless search.

**SUMMARY OF COMPLIANCE:**

George Bradford Franklin has complied with all conditions and special conditions of supervised release, and has not been involved in any further criminal activities. Mr. Franklin has an opportunity to travel to Germany to serve as a consultant for his employer. The endeavor would require several months. It is the opinion of the probation officer that Mr. Franklin has derived maximum benefit from supervision and is not in need of continued supervision.

**Re:     George Bradford FRANKLIN**
**Docket Number:   2:10CR00133-01**
**RECOMMENDATION TERMINATING**
**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

### RECOMMENDATION:

It is, therefore, respectfully recommended that supervised release in this case be terminated early.

Respectfully submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD**
**Senior United States Probation Officer**

Dated:     November 30, 2011
           Roseville, California
           DDW:cd

**REVIEWED BY:**    /s/ Kyriacos M. Simonidis
                   **KYRIACOS M. SIMONIDIS**
                   **Supervising United States Probation Officer**

cc:     AUSA to be assigned (Pursuant to Rule 32, notice of proposed relief to the releasee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35 - Order Terminating supervised release Prior to Expiration Date, will be submitted to the Court for approval.)